**Jose Clemente FLORES-FLORES, AKA Jose Flores, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 10-73931

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 19, 2017

Omar Nakib, Attorney, Law Office of Stephen Coghlan, San Francisco, CA, for Petitioner

David Nicholas Harling, Trial Attorney, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Jeffery R. Leist, Trial Attorney, OIL, Tracey McDonald, Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jose Clemente Flores-Flores, a native and citizen of El Salvador, petitions for review of the Board of Immigration Ap-

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

peals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252.

We deny Flores-Flores's petition for review because he does not make any arguments challenging the agency's dispositive adverse credibility determination. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-1080 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are deemed waived).

**PETITION FOR REVIEW DENIED.**